**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JUL 15 2016   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
MENDEL AKSELROD

                Plaintiff,

                15 CV 4134 (ILG)

      -against-


ACCOUNTS RECEIVABLE MANAGEMENT INC..

                Defendant.

---------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the

plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with

prejudice and without costs to either party.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

_____
U.S.D.J.

7/14/16